```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 08947
  RICK J RODGERS
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-5715
```

---
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/16/07 and confirmed on 08/10/07.

    2.  The case was converted to Chapter 7 after confirmation, 09/23/2008.

    3.  The Debtor paid a total of $   2012.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| HARLEY DAVIDSON CREDIT | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7874.97 | .00 | 201.38 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5886.85 | .00 | 150.54 |
| ASSET ACCEPTANCE CORP | UNSECURED | 11907.93 | .00 | 304.51 |
| HUDSON & KEYSE LLC | UNSECURED | 9379.71 | .00 | 239.86 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 532.68 | .00 | 13.62 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |

        Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 35582.14 | .00 | 35582.14 |
| PRINCIPAL PAID | .00 | .00 | 909.91 | .00 | 909.91 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 909.91 | .00 | 909.91 |

The Debtor's attorney, ILLINI LEGAL SERVICES        , was allowed $   2500.00
and was paid $   1500.00   direct and $   1000.00   through the plan.

The Trustee received $      102.09 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 12/17/08                    /s/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```